**Larry MCGEE, Appellant,**

v.

**MISSOURI DEPARTMENT OF CORRECTIONS, Respondent.**

**WD 78227**

Missouri Court of Appeals, Western District.

ORDER FILED: November 10, 2015

Larry McGee, Bowling Green, MO, Appellant Acting Pro Se.

Terrence Messonnier, Jefferson City, MO, Counsel for Respondent.

Before Division Two: Mark D. Pfeiffer, P.J., Lisa White Hardwick, and James Edward Welsh, JJ.

## ORDER

Per Curiam:

Larry McGee appeals from the circuit court's judgment granting the Missouri Department of Corrections' motion for judgment on the pleadings in McGee's declaratory action seeking jail-time credit under section 558.031, RSMo 2000. We affirm. Rule 84.16(b).